---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

---

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**    Tervita Corporation

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☑ Federal Employer Identification Number (EIN)  9  8 –0  5  6  9  8  8  6

   ☑ Other 865985469 . Describe identifier  Canadian Business Number .

   **For individual debtors:**

   ☐ Social Security number:  xxx – xx– ___ ___ ___ ___

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**    Rob Van Walleghem

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**    Proceeding under Section 192 of the Canada Business Corporations Act, R.S.C. 1985, C. C-44, pending before the Court of Queen's Bench of Alberta

5. **Nature of the foreign proceeding**

   Check one:

   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   See Declaration of Rob Van Walleghem in Support of Verified Petition for Entry of an Order Recognizing Foreign Main Proceeding and Granting Additional Relief ("Walleghem Declaration").

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

---

Debtor   Tervita Corporation
         Name                                                            Case number (if known)_____

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

  (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

  (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

  (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.
  See Walleghem Declaration.

9. **Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|
| Canada | 3400, 350 7th Avenue SW |
|  | Number    Street |
|  |  |
|  | P.O. Box |
|  | Calgary, Alberta         T2P    3N9 |
|  | City    State/Province/Region    ZIP/Postal Code |
|  |  |
|  | Canada |
|  | Country |

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|
|  | 500, 140 10th Avenue SE |
| Number    Street | Number    Street |
|  |  |
| P.O. Box | P.O. Box |
|  | Calgary, Alberta         T2G    0R1 |
| City    State/Province/Region    ZIP/Postal Code | City    State/Province/Region    ZIP/Postal Code |
|  |  |
|  | Canada |
| Country | Country |

10. **Debtor's website** (URL)    www.tervita.com

11. **Type of debtor**

   Check one:

   ☑ Non-individual (check one):

   ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other. Specify: _____

   ☐ Individual

Debtor   Tervita Corporation_____     Case number (if known)_____
         Name

| 12. | **Why is venue proper in *this* district?** | Check one: |
|---|---|---|
| | | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____. |
| | | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____. |

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_____    Rob Van Walleghem_____
Signature of foreign representative           Printed name

Executed on   10/18/16
              MM / DD / YYYY

✗ _____    _____
Signature of foreign representative           Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date  _____
Signature of Attorney for foreign representative    MM / DD / YYYY

Mark A. Broude_____
Printed name
Latham & Watkins LLP_____
Firm name
885 Third Avenue_____
Number    Street
New York_____   NY    10022
City                          State  ZIP Code

(212) 906-1200_____           mark.broude@lw.com
Contact phone                       Email address

2335198_____           NY_____
Bar number                         State

| Debtor | Tervita Corporation | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____      Rob Van Walleghem
Signature of foreign representative           Printed name

Executed on ____/____/_____
           MM / DD / YYYY

✗ _____      _____
Signature of foreign representative           Printed name

Executed on ____/____/_____
           MM / DD / YYYY

**14. Signature of attorney**

✗ _[signature]_ _____   Date  10/18/2016
Signature of Attorney for foreign representative        MM / DD / YYYY

Mark A. Broude
Printed name

Latham & Watkins LLP
Firm name

885 Third Avenue
Number    Street

New York                          NY          10022
City                              State       ZIP Code

(212) 906-1200                    mark.broude@lw.com
Contact phone                     Email address

2335198                           NY
Bar number                        State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3